IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT J. ARTIS,

    Plaintiff,

v.                                            Case No.  19-cv-303-wmc

SEAN PRICE, BRITTANY HIBMA,
THEODORE. ANDERSON,
RICHARD GIROUX,
C/O KIEM, C/O BOHNSACK,
C/O BENDER, C/O TALYOR and
C/O J[OH]N AND JANE DOE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                April 12, 2022
Peter Oppeneer, Clerk of Court                    Date